UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIVE SOUND & STAGE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KLANCE STAGING, INC.,<br><br>　　　　　Defendant. | Case No. C17-0514RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On March 31, 2017, defendant removed the above-captioned matter to federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. See 28 U.S.C. § 1332(a) (establishing that the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."). "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there must be complete diversity of citizenship between the parties opposed in interest." Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004) (internal citation omitted). In examining whether complete diversity is present, the citizenship of a limited liability company is determined by examining the citizenship of the owners/members. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899

ORDER TO SHOW CAUSE - 1

(9th Cir. 2006) (holding that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

Defendant failed to provide the citizenship of each owner/member of plaintiff Live Sound & Stage, LLC. Therefore, defendant has failed to meet its burden to establish the basis of the Court's jurisdiction. See Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) ("If the Court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action"). As a result, defendant is ORDERED TO SHOW CAUSE by April 14, 2017, why the Court should not remand this action to state court by providing the Court with the citizenship of all of the owners/members of Live Sound & Stage, LLC, at the time the complaint was filed.

The Clerk of the Court is directed to place this order to show cause on the Court's calendar for April 14, 2017.

Dated this 4th day of April, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2